UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| NOWAK, TERESA | § | Case No. 10-29778 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 11/26/2013 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/30/2013               By: /s/ Barry A. Chatz, Trustee
                                              Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Teresa Nowak  
    Debtor

Case No. 10-29778-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: ccabrales     Page 1 of 1     Date Rcvd: Oct 30, 2013  
                          Form ID: pdf006     Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2013.

```
db            +Teresa Nowak,    2742 N. 73rd Avenue,    Apartment 1S,    Elmwood Park, IL 60707-1511
15801532       AT&T,    P O Box 6500,    Sioux Falls, SD 57117-6500
15801530       American Honda Finance,    P O Box 997518,    Sacramento, CA 95899-7518
15801531       Chase Bank,    P O Box 15153,    Wilmington, DE 19886-5153
16903712       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15801533      +Citi Bank,    Processing Center,    Des Moines, IA 50363-0001
15801536       National City,    P O Box 856177,    Louisville, KY 40285-6177
17264826      +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
15801535       R B S,    P O Box 18204,    Bridgeport, CT 06601-3204
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15801534       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49      Discover,    P O Box 6103,
                Carol Stream, IL 60197-6103
16841714       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 31 2013 00:48:49      Discover Bank,
                DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
aty          Leonard S. Becker,    Leonard Becker, Attorney at Law  
                                                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2013                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2013 at the address(es) listed below:

         Alex Rozenstrauch     on behalf of Debtor Teresa Nowak drozenstra@sbcglobal.net,  
          alexroz-ecf@sbcglobal.net  
         Barry A Chatz     bachatz@arnstein.com,  
          bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com  
         Christina M Riepel     on behalf of Trustee Barry A Chatz gstern2@flash.net  
         Gregory K Stern     on behalf of Trustee Barry A Chatz gstern1@flash.net,  
          steve_horvath@ilnb.uscourts.gov  
         James Hausler     on behalf of Trustee Barry A Chatz james.e.hausler@gmail.com  
         Monica C O'Brien     on behalf of Trustee Barry A Chatz gstern1@flash.net  
         Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov  
         Richard C Friedman     on behalf of U.S. Trustee Patrick S Layng rcfwilmette@gmail.com  
                                                                                                        TOTAL: 8