UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NOWAK, TERESA | § | Case No. 10-29778 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

      BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

      1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

      2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

      3) Total gross receipts of $       (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $       from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| BANK OF NEW YORK MELLON | | | | | |
| COOK COUNTY STROGER HOSPITAL | | | | | |
| WEST LAKE PHYSICIANS | | | | | |
| GREGORY K. STERN, P.C. | | | | | |
| LEONARD BECKER | | | | | |
| LEONARD BECKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CITIBANK (SOUTH DAKOTA) NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | PNC BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-29778 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | NOWAK, TERESA | | | Date Filed (f) or Converted (c): | 07/01/10 (f) |
| | | | | 341(a) Meeting Date: | 08/24/10 |
| For Period Ending: | 09/19/14 | | | Claims Bar Date: | 05/18/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH<br>   CASH | 50.00 | 0.00 | | 0.00 | FA |
| 2. FINANCIAL ACCOUNTS<br>   NATIONAL CITY CHECKING ACCOUNT - $50<br>   NATIONAL CITY SAVINGS ACCOUNT - $50 | 100.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS<br>   FURNITURE | 500.00 | 0.00 | | 0.00 | FA |
| 4. WEARING APPAREL<br>   WEARING APPAREL | 250.00 | 0.00 | | 0.00 | FA |
| 5. FIREARMS AND HOBBY EQUIPMENT<br>   PHOTO CAMERA | 80.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICIES<br>   2X STATE FARM, $25.000 VESTED, $1,300 BORROWED, DAUGHTER ELZBIETA NOWAK BENEFICIARY | 25,000.00 | 0.00 | | 0.00 | FA |
| 7. AUTOMOBILES, TRUCKS, TRAILERS, AND<br>   '09 HONDA CIVIC, FMV $20,000, LOAN $20,000<br>   '03 NISSAN ALTIMA, FMV $2,000, NO LOAN | 22,000.00 | 0.00 | | 0.00 | FA |
| 8. Unscheduled Assets (u)<br>   PERSONAL INJURY CLAIM AGAINST VILLAGE OF ELMWOOD PARK | 0.00 | 0.00 | | 48,900.00 | FA |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $47,980.00 | $0.00 | | $48,900.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 18.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 10-29778 WER Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
| Case Name: | NOWAK, TERESA | Date Filed (f) or Converted (c): | 07/01/10 (f) |
| | | 341(a) Meeting Date: | 08/24/10 |
| | | Claims Bar Date: | 05/18/11 |

TDR SUBMITTED TO UST 4/5/14

Initial Projected Date of Final Report (TFR): 12/31/12   Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-29778 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | NOWAK, TERESA | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******8928  Checking Account |
| Taxpayer ID No: | *******1168 | | | |
| For Period Ending: | 09/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/15/12 | 8 | ILLINOIS COUNTIES RISK MANAGEMENT TRUST C/O CLAIMS ONE 225 SMITH ROAD ST. CHARLES, IL 60174 | LITIGATION SETTLEMENT | 1229-000 | 47,500.00 | | 47,500.00 |
| 12/01/12 | 8 | ALLSTATE INSURANCE COMPANY | LITIGATION SETTLEMENT | 1229-000 | 1,400.00 | | 48,900.00 |
| 12/04/12 | 003001 | LEONARD BECKER | ATTORNEY FOR TRUSTEE PURSUANT TO 11/27/12 COURT ORDER | | | 17,113.20 | 31,786.80 |
| | | | Fees            16,300.00 | 3210-000 | | | |
| | | | Expenses           813.20 | 3220-000 | | | |
| 12/04/12 | 003002 | COOK COUNTY STROGER HOSPITAL | EXPENSES PURSUANT TO SETTLEMENT CLOSING STATEMENT AUTHORIZED BY 9/25/12 COURT ORDER | 2990-000 | | 10,750.00 | 21,036.80 |
| 12/04/12 | 003003 | WEST LAKE PHYSICIANS | EXPENSES PURSUANT TO SETTLEMENT CLOSING STATEMENT AUTHORIZED BY 9/25/12 COURT ORDER | 2990-000 | | 400.00 | 20,636.80 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 20,636.80 | 0.00 |

Page Subtotals      48,900.00      48,900.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-29778 |
| Case Name: | NOWAK, TERESA |
| Taxpayer ID No: | *******1168 |
| For Period Ending: | 09/19/14 |

| | |
|---|---|
| Trustee Name: | BARRY A. CHATZ |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******8928 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 48,900.00 | 48,900.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 20,636.80 | |
| | | | Subtotal | | 48,900.00 | 28,263.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 48,900.00 | 28,263.20 | |

Page Subtotals    0.00    0.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29778 | | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- |
| Case Name: | NOWAK, TERESA | | Bank Name: | BANK OF NEW YORK MELLON |
| | | | Account Number / CD #: | *******9118 Checking Account |
| Taxpayer ID No: | *******1168 | | | |
| For Period Ending: | 09/19/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 20,636.80 | | 20,636.80 |
| 02/21/13 | 300001 | International Sureties, Ltd. | CHAPTER 7 BOND PREMIUM | 2300-000 | | 17.49 | 20,619.31 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-000 | | 9.89 | 20,609.42 |
| * 03/12/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-003 | 0.11 | | 20,609.53 |
| * 03/12/13 | | Reverses Adjustment IN on 03/12/13 | ADJUSTMENT OUT | 2600-003 | -0.11 | | 20,609.42 |
| | | | CORRECTION OF ERROR | | | | |
| 03/12/13 | | BANK OF NEW YORK MELLON | ADJUSTMENT OUT | 2600-000 | | 0.11 | 20,609.31 |
| * 04/05/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEE | 2600-003 | | 30.64 | 20,578.67 |
| * 04/16/13 | | Reverses Adjustment OUT on 04/05/13 | BANK SERVICE FEE | 2600-003 | | -30.64 | 20,609.31 |
| | | | BANK FEES CHARGED IN ERROR - REVERSED | | | | |
| | | | TO CORRECT ERROR | | | | |
| 11/26/13 | 300002 | BARRY A. CHATZ | Chapter 7 Compensation/Expense | | | 5,715.64 | 14,893.67 |
| | | 120 S. RIVERSIDE PLAZA | | | | | |
| | | SUITE 1200 | | | | | |
| | | CHICAGO, IL 60606 | | | | | |
| | | | Fees       5,640.00 | 2100-000 | | | |
| | | | Expenses      75.64 | 2200-000 | | | |
| 11/26/13 | 300003 | GREGORY K. STERN, P.C. | Attorney for Trustee Fees (Other Fi | 3210-000 | | 3,386.50 | 11,507.17 |
| | | 53 WEST JACKSON BOULEVARD | | | | | |
| | | SUITE 1442 | | | | | |
| | | CHICAGO, IL 60604 | | | | | |
| 11/26/13 | 300004 | DISCOVER BANK | Claim 000001, Payment 23.39% | 7100-000 | | 2,362.89 | 9,144.28 |
| | | DB SERVICING CORPORATION | | | | | |
| | | PO BOX 3025 | | | | | |
| | | NEW ALBANY, OH 43054-3025 | | | | | |
| 11/26/13 | 300005 | CHASE BANK USA, N.A. | Claim 000002, Payment 23.39% | 7100-000 | | 3,972.75 | 5,171.53 |

Page Subtotals        20,636.80        15,465.27

Ver: 18.01

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29778 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | NOWAK, TERESA | Bank Name: | BANK OF NEW YORK MELLON |
| | | Account Number / CD #: | *******9118  Checking Account |
| Taxpayer ID No: | *******1168 | | |
| For Period Ending: | 09/19/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/26/13 | 300006 | PO BOX 15145<br>WILMINGTON, DE 19850-5145<br>PNC BANK | Claim 000003, Payment 23.39% | 7100-000 | | 2,832.63 | 2,338.90 |
| 11/26/13 | 300007 | PO BOX 94982<br>CLEVELAND,OH 44101<br>CITIBANK (SOUTH DAKOTA) NA<br>PO BOX 10438<br>DES MOINES IA 50306-0438 | Claim 000009, Payment 23.39% | 7100-000 | | 2,338.90 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,636.80 | 20,636.80 | 0.00 |
| Less:  Bank Transfers/CD's | 20,636.80 | 0.00 | |
| Subtotal | 0.00 | 20,636.80 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 20,636.80 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********8928 | 48,900.00 | 28,263.20 | 0.00 |
| Checking Account - ********9118 | 0.00 | 20,636.80 | 0.00 |
| | 48,900.00 | 48,900.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        5,171.53

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*